**John J. Flanigan, appellee, v. Henry M. Ashton, appellant. Gen. No. 25,640.**

Petition for writ of assistance. Order awarding writ. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 31, 1920.

Edward M. Winston, for appellant. Albert A. Luthmers and Benjamin Wolf, for appellee.

Mr. Justice Gridley delivered the opinion of the court.